**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vincent Span | CHAPTER 13 |
| Natisha Span - Mathis | |
| Debtor(s) | BKY. NO. 23-13846 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
02 Jan 2024, 11:48:49, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322