SOUTHEASTERN PA TRANSP AUTH  NATISHA M MATHIS
AA24
15947

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 80 | $2,757.00 | $41,286.08 |
| OVERTIME EARN | 0 | 0 | $0.00 | $11,941.24 |
| VAC PAY | 0 | 0 | $0.00 | $3,170.55 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,102.80 |
| PERSN'L DAY | 0 | 0 | $0.00 | $827.10 |
| SICK PAY | 0 | 0 | $0.00 | $6,616.80 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $159.50 |

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $172.51 | $5,800.17 |
| FICA/MED | $203.36 | $4,853.81 |
| SUI TAX | $1.93 | $45.46 |
| PENNA | $84.64 | $1,993.80 |
| PHILA | $94.84 | $2,234.08 |
| AFLAC-PRETAX | $24.72 | $494.40 |
| AFLAC-POST TAX | $22.64 | $452.80 |
| HEALTH COPAY | $48.83 | $976.60 |
| HEALTHSHORTAGE | $25.00 | $25.00 |
| PENSIONSHORTGE | $25.00 | $500.00 |
| CO-PAY PENSION | $96.50 | $1,930.00 |
| LIFE INSUR. | $4.00 | $22.00 |
| TWFCU SHARE | $236.00 | $4,484.00 |
| PRIMARY CHECK | $1,717.03 | $41,696.95 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| $2,757.00 | $557.28 | $482.69 | $1,717.03 | 11-11-2023 | 130623522 | $1,717.03 |
| $65,509.07 | $14,927.32 | $8,884.80 | $41,696.95 | | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT
XXXXXXXXXXXXXXXX
UNION CHECK
$1,717.03

SOUTHEASTERN PA TRANSP AUTH   NATISHA M MATHIS
AA24
15947

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 84 | $2,894.85 | $44,180.93 |
| OVERTIME EARN | 0 | 0 | $0.00 | $11,941.24 |
| VAC PAY | 0 | 0 | $0.00 | $3,170.55 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,102.80 |
| PERSN"L DAY | 0 | 0 | $0.00 | $827.10 |
| SICK PAY | 0 | 0 | $0.00 | $6,616.80 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $159.50 |

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $189.05 | $5,989.22 |
| FICA/MED | $213.92 | $5,067.73 |
| SUI TAX | $2.03 | $47.49 |
| PENNA | $88.87 | $2,082.67 |
| PHILA | $99.58 | $2,333.66 |
| AFLAC-PRETAX | $24.72 | $519.12 |
| AFLAC-POST TAX | $22.64 | $475.44 |
| HEALTH COPAY | $48.83 | $1,025.43 |
| HEALTHSHORTAGE | $25.00 | $50.00 |
| PENSIONSHORTGE | $25.00 | $525.00 |
| CO-PAY PENSION | $96.50 | $2,026.50 |
| LIFE INSUR. | $0.00 | $22.00 |
| TWFCU SHARE | $236.00 | $4,720.00 |
| PRIMARY CHECK | $1,822.71 | $43,519.66 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| $2,894.85 | $593.45 | $478.69 | $1,822.71 | 11-25-2023 | 130638626 | $1,822.71 |
| $68,403.92 | $15,520.77 | $9,363.49 | $43,519.66 | | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT

XXXXXXXXXXXXXXXX

UNION CHECK

$1,822.71