## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Vincent Span<br>        Natisha Span-Mathis<br><br>                    Debtors | | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assignees<br>                    Movant<br>          vs. | | NO. 23-13846 MDC |
| Vincent Span<br>Natisha Span-Mathis<br>                    Debtors | | |
| Kenneth E. West<br>                    Trustee | | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about February 14, 2024.


Dated: April 1, 2024

Respectfully submitted,


/s/Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com