UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :
                                               :    Chapter 13
                                               :
Vincent Span                                   :
Natisha Span-Mathis                            :
                                               :    Case No.: 23-13846-amc
                                               :
        Debtor(s)                              :

## NOTICE OF OBJECTION, RESPONSE DEADLINE AND HEARING DATE

Vincent Span and Natisha Span-Mathis, Debtors, has filed an Objection to Proof of Claim (Claim #6) of The City of Philadelphia Water Revenue Bureau.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.      If you do not want the court to grant the relief sought in the objection or if you want the court to consider your views on the objection, then fifteen (15) days prior to the hearing date listed in paragraph 3 of this notice, you or your attorney must do the following:

    (a)     file an answer explaining your position at:

CLERK FOR THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)     mail a copy to the movant's attorney:

ANTHONY ARECHAVALA, ESQUIRE
1015 CHESTNUT STREET, SUITE 400
PHILADELPHIA, PA 19107
(215) 351-5418
(215) 351-9094/fax

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the request in the objection.

3. A hearing on the Objection is scheduled to be held before the Honorable Ashely M. Chan on June 11, 2024 at 11:00 a.m. in Courtroom #4, at the Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the Objection is not enclosed, a copy of the Objection will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: April 25, 2024

/s/ Anthony Arechavala, Esquire
Anthony Arechavala, Esquire
Attorney for Debtors