FAMCK4 (09/2020)

# CITY OF PHILADELPHIA

NO. 160-05295

| VENDOR NO. | VOUCHER NUMBER | PURCHASE ORDER NUMBER | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 180663574 01 | PVFP2410841901 | 606323E | 01/11/2024 | Spann Nikita 12/01/23-12/31/23 31 Days @30.63 | 474.77 |
| | PVFP2410842001 | 606323E | | Spann Nikita 12/01/23-12/31/23 2 of 3 | 379.81 |
| | PVFP2410842101 | 606323E | | Spann Nikita 12/01/23-12/31/23 3 of 3 | 94.95 |
| | PVFP2410842201 | 606323F | | Spann Nakiyah 12/01/23-12/31/23 31 Days @30.63 | 474.77 |
| | PVFP2410842301 | 606323F | | Spann Nakiyah 12/01/23-12/31/23 2 of 3 | 379.81 |
| | PVFP2410842401 | 606323F | | Spann Nakiyah 12/01/23-12/31/23 3 of 3 | 94.95 |



Created with Scanner Pro

FAMCK4 (09/2020)

# CITY OF PHILADELPHIA

**VENDOR NO.** 180663574 01  **DATE** 12/07/2023  **NO.** 180-02863

| VOUCHER NUMBER | PURCHASE ORDER NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| PVFP2408719601 | 606323E | Spann Nikita 11/01/23-11/30/23 30 Days @30.63 | 459.45 |
| PVFP2408719701 | 606323E | Spann Nikita 11/01/23-11/30/23 2 of 3 | 367.56 |
| PVFP2408719801 | 606323E | Spann Nikita 11/01/23-11/30/23 3 of 3 | 91.89 |
| PVFP2408719901 | 606323F | Spann Nakiyah 11/01/23-11/30/23 30 Days @30.63 | 459.45 |
| PVFP2408720001 | 606323F | Spann Nakiyah 11/01/23-11/30/23 2 of 3 | 367.56 |
| PVFP2408720101 | 606323F | Spann Nakiyah 11/01/23-11/30/23 3 of 3 | 91.89 |



Created with Scanner Pro



FAMCK4 (09/2020)

**CITY OF PHILADELPHIA**   NO. 180-0050

VENDOR NO. 180663574  01   DATE 11/09/2023

| VOUCHER NUMBER | PURCHASE ORDER NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| PVFP2406581301 | 808323E | Spann Nikita 10/01/23-10/31/23 31 Days @30.83 | 474.77 |
| PVFP2406581401 | 808323E | Spann Nikita 10/01/23-10/31/23 2 of 3 | 379.81 |
| PVFP2406581501 | 808323E | Spann Nikita 10/01/23-10/31/23 3 of 3 | 94.95 |
| PVFP2406581601 | 808323F | Spann Nakiyah 10/01/23-10/31/23 31 Days @30.83 | 474.77 |
| PVFP2406581701 | 808323F | Spann Nakiyah 10/01/23-10/31/23 2 of 3 | 379.81 |
| PVFP2406581801 | 808323F | Spann Nakiyah 10/01/23-10/31/23 3 of 3 | 94.95 |

Created with Scanner Pro