IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                         :
                                              :     Chapter 13
          VINCENT SPAN                        :
             and                              :
     NATISHA SPAN - MATHIS,                   :
                                              :     Case No. 23-13846 (AMC)
                                   Debtors.   :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan, filed on August 6, 2024 [Docket No.54].

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: August 14, 2024                  By:    /s/ Pamela Elchert Thurmond
                                        PAMELA ELCHERT THURMOND
                                        Senior Attorney
                                        PA Attorney I.D. 202054
                                        Attorney for the City of Philadelphia
                                               and/or
                                        Water Revenue Bureau
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0508 (phone)
                                        Email: Pamela.Thurmond@phila.gov

2