IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                                   :
                                                        :    Chapter 13
   VINCENT SPAN &                                     :
   NATISHA SPAN-MATHIS                                :
                                                        :    Bankruptcy No. 23-13846 (AMC)
                             Debtors.               :
---------------------------------------------------------x

## STIPULATION RESOLVING DEBTORS' INFORMAL OBJECTION TO THE CITY OF PHILADELPHIA'S PROOF OF CLAIM #7-1

Vincent Span & Natisha Span-Mathis (the "Debtor") and the City of Philadelphia (the "City") to resolve the Debtors' objection to the City's Proof of Claim #7-1 in the above-captioned case hereby enter into this Stipulation Resolving Debtors' Informal Objection to the City of Philadelphia's Proof of Claim #7-1 (the "Stipulation").

WHEREAS, on December 21, 2023, the Debtors commenced the above-captioned bankruptcy case.

WHEREAS, on June 7, 2024, the City filed a secured proof of claim in the amount of $23,022.64 owed by the Debtors to the City for judgments and real estate taxes. ("the Claim").

WHEREAS, prior to the bankruptcy filing, the City obtained a code enforcement judgments ("CE Judgments") against the Debtors which are described as follows:

| Docket Number | Date | Amount |
|---|---|---|
| CE-07-09-73-0436 | 11/6/2007 | $5,082 |
| CE-08-03-73-1232 | 8/28/2008 | $5,082 |
| CE-12-10-73-0855 | 12/21/2012 | $5,100 |

WHEREAS, on the Debtors have asserted an informal objection to the City's Claim #7-1 ("Objection").

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtors and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to amicably resolve the Objection.

2. The portion of the Claim that relates to CE Judgments shall be adjusted to an allowed secured claim in the amounts described below:

| Docket Number | Reduced Payment Amount |
|---|---|
| CE-07-09-73-0436 | $582 |
| CE-08-03-73-1232 | $582 |
| CE-12-10-73-0855 | $600 |

3. The rest of the City's proof of claim remains an allowed claim.

4. Within twenty (20) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustments reflected above in paragraphs 2.

5. Within twenty (20) days of the City amending its Claim, the Debtors shall amend their Plan to provide for full payment of the Claim with 6% post-petition interest on the reduced CE Judgments.

6. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to one under Chapter 7.

Respectfully submitted,

Date: 12/18/2024

_____
Anthony Arechavala, Esquire
The Law Offices of Anthony Arechavala
1015 Chestnut Street, Ste 400
Philadelphia, PA 19107
Attorney for Debtors

Date: 12/19/2024

_____
Pamela Elchert Thurmond, Esquire
1401 John F. Kennedy Blvd., Room 580
Philadelphia, PA 19102
Senior Attorney
Attorney for the City of Philadelphia

AND NOW, this 2nd day of Jan , 2025 , 2024, upon consideration of the Stipulation between Vincent Span & Natisha Span-Mathis and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

3