United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13846-amc |
| Vincent Span | Chapter 13 |
| Natisha Span - Mathis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Span, Natisha Span - Mathis, 997 Lavera Road, Warminster, PA 18974-2600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ARECHAVALA | on behalf of Joint Debtor Natisha Span - Mathis legaloptions@comcast.net arechavala.aliciab125293@notify.bestcase.com;arechavala.aliciab125293@notify-prod.bestcase.com |
| ANTHONY ARECHAVALA | on behalf of Debtor Vincent Span legaloptions@comcast.net arechavala.aliciab125293@notify.bestcase.com;arechavala.aliciab125293@notify-prod.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 02, 2025 | Form ID: pdf900 | Total Noticed: 1

LYNDSAY ELIZABETH ROWLAND
    on behalf of Creditor North Mill Equipment Finance LLC lrowland@starfieldsmith.com  arosen@starfieldsmith.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                                    :
                                                         :    Chapter 13
     VINCENT SPAN &                                      :
     NATISHA SPAN-MATHIS                                 :
                                                         :    Bankruptcy No. 23-13846 (AMC)
                              Debtors.                   :
---------------------------------------------------------x

## STIPULATION RESOLVING DEBTORS' INFORMAL OBJECTION TO THE CITY OF PHILADELPHIA'S PROOF OF CLAIM #7-1

Vincent Span & Natisha Span-Mathis (the "Debtor") and the City of Philadelphia (the "City") to resolve the Debtors' objection to the City's Proof of Claim #7-1 in the above-captioned case hereby enter into this Stipulation Resolving Debtors' Informal Objection to the City of Philadelphia's Proof of Claim #7-1 (the "Stipulation").

WHEREAS, on December 21, 2023, the Debtors commenced the above-captioned bankruptcy case.

WHEREAS, on June 7, 2024, the City filed a secured proof of claim in the amount of $23,022.64 owed by the Debtors to the City for judgments and real estate taxes. ("the Claim").

WHEREAS, prior to the bankruptcy filing, the City obtained a code enforcement judgments ("CE Judgments") against the Debtors which are described as follows:

| Docket Number | Date | Amount |
| --- | --- | --- |
| CE-07-09-73-0436 | 11/6/2007 | $5,082 |
| CE-08-03-73-1232 | 8/28/2008 | $5,082 |
| CE-12-10-73-0855 | 12/21/2012 | $5,100 |

1

WHEREAS, on the Debtors have asserted an informal objection to the City's Claim #7-1 ("Objection").

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtors and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to amicably resolve the Objection.

2. The portion of the Claim that relates to CE Judgments shall be adjusted to an allowed secured claim in the amounts described below:

| Docket Number | Reduced Payment Amount |
|---|---|
| CE-07-09-73-0436 | $582 |
| CE-08-03-73-1232 | $582 |
| CE-12-10-73-0855 | $600 |

3. The rest of the City's proof of claim remains an allowed claim.

4. Within twenty (20) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustments reflected above in paragraphs 2.

5. Within twenty (20) days of the City amending its Claim, the Debtors shall amend their Plan to provide for full payment of the Claim with 6% post-petition interest on the reduced CE Judgments.

6. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to one under Chapter 7.

2

Respectfully submitted,

Date: 12/18/2024

_____
Anthony Arechavala, Esquire
The Law Offices of Anthony Arechavala
1015 Chestnut Street, Ste 400
Philadelphia, PA 19107
Attorney for Debtors

Date: 12/19/2024

_____
Pamela Elchert Thurmond, Esquire
1401 John F. Kennedy Blvd., Room 580
Philadelphia, PA 19102
Senior Attorney
Attorney for the City of Philadelphia

AND NOW, this 2nd day of Jan , 2025 , 2024, upon consideration of the Stipulation between Vincent Span & Natisha Span-Mathis and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

3