UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
| Vincent Span : | |
| Natisha Span-Mathis : | |
| Debtors : | Bankruptcy No. 23-13846-amc |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Anthony Arechavala, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for February 27, 2025 in the above referenced case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns required to be filed within the 4-year period preceding the petition date.

3. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

4. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Date: 02/25/2025

/s/ Anthony Arechavala
Anthony Arechavala, Esquire
Attorney for Debtor
1015 Chestnut Street, Suite 400
Philadelphia, PA 19107
(215) 351-5418