United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Vincent Span  
Natisha Span - Mathis  
    Debtors

Case No. 23-13846-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Span, Natisha Span - Mathis, 997 Lavera Road, Warminster, PA 18974-2600 |
| 14843769 | + | Lakeview Loan Servicing, LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14840652 | + | Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 1300 Virginia Drive, Suite 325, Fort Washington, PA 19034-3223 |
| 14906419 | + | North Mill Equipment Finance LLC, c/o LYNDSAY ELIZABETH ROWLAND, Starfield & Smith PC, 1300 Virginia Drive, Suite 325, Fort Washington, PA 19034-3223 |
| 14840659 | | Philadelphia Co Drs, 34 S 11th St, Rm 304, Philadelphia, PA 19107-3623 |
| 14840661 | | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14866959 | | Email/Text: megan.harper@phila.gov | Feb 28 2025 01:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14895671 | | Email/Text: megan.harper@phila.gov | Feb 28 2025 01:25:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 19102 |
| 14890482 | | Email/Text: megan.harper@phila.gov | Feb 28 2025 01:25:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14840649 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 00:32:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14840648 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2025 01:14:42 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14847369 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2025 02:15:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14840651 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 28 2025 01:24:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Rd, Ste 250, Warminster, PA 18974-4862 |
| 14840650 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 28 2025 01:24:00 | Freedom Credit Union, Centerpointe Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14843945 | ^ | MEBN | Feb 28 2025 00:20:35 | Lakeview Loan Servicing, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14857458 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 01:24:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14840654 | | Email/Text: EBN@Mohela.com | Feb 28 2025 01:24:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14840653 | ^ | MEBN | Feb 28 2025 00:20:57 | MOHELA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14840655 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 01:24:00 | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 14840656 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 01:24:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 14848723 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 28 2025 01:25:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14840657 | + | Email/Text: emiller@northmillef.com | Feb 28 2025 01:25:00 | North Mill Credit Trust, 50 Washington Street, Norwalk, CT 06854-2710 |
| 14849104 | + | Email/Text: emiller@northmillef.com | Feb 28 2025 01:25:00 | North Mill Equipment Finance LLC, 601 Merritt 7, Suite 5, Norwalk, CT 06851-1097 |
| 14840658 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 28 2025 01:25:00 | Peco, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14840660 | + | Email/Text: bankruptcy1@pffcu.org | Feb 28 2025 01:24:00 | Police & Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14850232 | + | Email/Text: bankruptcy1@pffcu.org | Feb 28 2025 01:24:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14840646 | | Aztec Financial LLC |
| 14840647 | | Aztec Financial LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ARECHAVALA | on behalf of Joint Debtor Natisha Span - Mathis legaloptions@comcast.net arechavala.aliciab125293@notify.bestcase.com;arechavala.aliciab125293@notify-prod.bestcase.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 27, 2025 Form ID: 155 Total Noticed: 26

ANTHONY ARECHAVALA
    on behalf of Debtor Vincent Span legaloptions@comcast.net
    arechavala.aliciab125293@notify.bestcase.com;arechavala.aliciab125293@notify-prod.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LYNDSAY ELIZABETH ROWLAND
    on behalf of Creditor North Mill Equipment Finance LLC lrowland@starfieldsmith.com  arosen@starfieldsmith.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Vincent Span

    Natisha Span − Mathis

    Debtor(s).

Case No. 23−13846−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 27, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court