IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Vincent and Natisha Span | : Bankruptcy No. 23-13846 |
| | : Chapter          13 |
|                              Debtor | : |
| | : |
| | : Document No. |
| Movant North Mill Equipment Finance | : |
| | : |
|                    v. | : |
| | : |
| | : |
| | : |
| Respondent (if none, then "No Respondent") | : |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
PO Box 786345
Phila. Pa. 19178

Creditor Name:    North Mill Equipment Finance

Incorrect Address: Po Box 786345
Phila. Pa. 19178


Corrected Address:    601 Merritt 7, Suite 5  Norwalk  CT  06851

Creditor Name:    North Mill Equipment Finnce

Correct Address:   601 Merritt 7
Suite 5
Norwalk CT 06851


Dated    4/21/2026

Electronic Signature of Debtor(s)' Attorney


Typed Name
Nadine Reighn

Address
601 Merritt 7
Suite 5
Norwalk CT  06851

Phone No.
203-354-1211

Bar I.D. and State of Admission



FILED

APR 2 4 2026

CLERK OF COURT
DEP CLERK